ORIGINAL



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN ERNESTO HERNANDEZ (01)<br>HUMBERTO MORALES-DOMINGUEZ (02)<br>MARCOS GERALDO DOMINGUEZ (03)<br>JOSUE COY (04)<br>LEONCIO G. AGUILAR (05)<br>ADOLFO ORTIZ (06)<br>OSCAR HERNANDEZ DOMINGUEZ (07)<br>ALBERT MARTINEZ (08)<br>ALEJANDRO NAVARRETE (09)<br>FIDEL ALAIN MARTIN-SOSA (10)<br>YUNIEL EDUARDO LIMA-RIVERO (11) | 419-CR-041-A |

INFORMATION

The United States Attorney Charges:

Count One
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before March 2014, and continuing until in or around December 2018, in the Northern District of Texas, and elsewhere, defendants **Juan Erensto Hernandez, Humberto Morales-Dominguez, Albert Martinez, Alejandro Navarette, Fidel Alain Martin-Sosa,** and **Yuniel Eduardo Lima-Rivero** along with others known and unknown, including the individual identified as a defendant in Count Two but not named as a defendant in this Count, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in

Information – Page 1

violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(B), namely to possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)).

## Count Two
### Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before October 2015, and continuing until in or around September 2018, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendant **Oscar Hernandez Dominguez** along with others known and unknown, including the individuals identified as defendants in Count One but not named as defendants in this Count, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(C), namely to possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(C)).

## Count Three
### Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

In and around February 2015, in the Northern District of Texas, and elsewhere, defendant **Marcos Geraldo Dominguez**, along with others known and unknown, including Humberto Morales-Dominguez not named as a defendant in this Count, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(B), namely to possess with intent to distribute 500 grams or more a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)).

Count Four
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

In and around May 2016, in the Northern District of Texas, and elsewhere, defendant **Leoncio Aguilar**, **Adolfo Ortiz**, and **Josue Coy** along with others known and unknown, including Juan Erensto Hernandez and Humberto Morales-Dominguez not named as defendants in this Count, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(C), namely to possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(C)).

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

Information – Page 5