**United States District Court
for the Northern District of Texas
_Fort Worth_ Division**

**United States of America,**
*Plaintiff,*

_LA TUNA_
Place of Confinement

v.

_58133-177_
Federal Register Number

_Fidel A. Martin Sosa_
*Defendant.*

_05394: 19-CR-041-A(10)_
Criminal Case Number

**Defendant's Motion for Reduction of Sentence pursuant to 18 U.S.C. § 3582(c)(2)
and Amendment 821 to the Federal Sentencing Guidelines:**

__X__    Based on U.S.S.G. § 4C1.1 Adjustment for Zero-Point
Offenders (for those assessed zero criminal history points at
sentencing)

_____    Based on U.S.S.G. § 4A1.1(d) & (e) Criminal History Category
(for those who received "status" points for being under a
criminal justice sentence at the time of the offense)

---

**Instructions - Read Carefully**

1. The court has received your request regarding a sentence reduction under Amendment 821 to the Sentencing Guidelines (effective November 1, 2023). You must complete this form motion and return it to the appropriate divisional office listed in instruction 3, below, to enable the court to consider your request. This form should only be used when requesting a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines and for no other purpose. Amendment 821 provides for reduction in offense level for certain offenders with zero criminal history points (U.S.S.G. § 4C1.1) and reduces or eliminates status points for certain offenders who previously received status points pursuant to U.S.S.G. § 4A1.1(d). Amendment 825 authorizes retroactive reductions effective February 1, 2024 or later. A copy of your original request is included with this form for your reference.

2. This motion must be legibly handwritten or typewritten. All questions must be briefly answered in the proper space on the form.

3. Completed motions must be mailed to the **Clerk of the United States District Court for the Northern District of Texas** at the appropriate divisional office below:

**Abilene Division**
341 Pine Street
Room 2008
Abilene, TX 79601

**Amarillo Division**
205 SE 5th Avenue
Room 133
Amarillo, TX 79101

**Dallas Division**
1100 Commerce Street
Room 1452
Dallas, TX 75242

**Fort Worth Division**
501 W. 10th Street
Room 310
Fort Worth, TX 76102

**Lubbock Division**
1205 Texas Avenue
Room 209
Lubbock, TX 79401

**San Angelo Division**
33 East Twohig Avenue
Suite 202
San Angelo, TX 76903

**Wichita Falls Division**
501 W. 10th Street
Room 310
Fort Worth, TX 76102

4. Questionnaires that do not follow these instructions will be returned, and the mistake will be identified.

### Questionnaire

1. Name and location of court that entered the sentence that you are asking to reduce:

   US. District couiT EArlE cAbell Federal Bldg
   1100 CommArcE ST #14A20 DAllAS TX 75242-1003

2. Date(s) of sentence and judgment of conviction:

   7/12/2019    135 MoNThs    USRT

3. Are you currently in prison for this sentence?

   _X_ Yes  ___ No

4. If so, when is your projected date of release?  8/24/2027

5. Are you currently on supervised release?   ___ Yes  _X_ No

6. Are you currently in prison because you violated your supervised release for the conviction and sentence identified in response to Questions No. 1 and 2?

   ___ Yes  _X_ No

7. Is your case currently on appeal? _____Yes __X__No

8. Offense(s) for which you were convicted (all counts):

   _CTP WITD A Controlled Substance_

   _____

   _____

9. In calculating the applicable sentencing guideline range, were you assessed any criminal history points (U.S.S.G. § 4A1.1)?

   _____Yes __X__ No _____ Not Sure

9a. **If the answer to Question 9 is "No,"** check the box for all statements that apply to your conviction and sentence:

   ☐ I received criminal history points from Chapter Four, Part A;

   ☐ I received an adjustment under § 3A1.4 (Terrorism);

   ☐ I used violence or credible threats of violence in connection with the offense;

   ☐ the offense resulted in death or serious bodily injury;

   ☐ the instant offense of conviction is a sex offense;

   ☐ I personally caused substantial financial hardship;

   ☐ I possessed, received, purchased, transported, transferred, sold, or otherwise disposed of a firearm or other dangerous weapon (or induced another participant to do so) in connection with the offense;

   ☐ the instant offense of conviction is covered by § 2H1.1 (Offenses Involving Individual Rights);

   ☐ I received an adjustment under § 3A1.1 (Hate Crime Motivation or Vulnerable Victim) or § 3A1.5 (Serious Human Rights Offense);

   ☐ I received an adjustment under § 3B1.1 (Aggravating Role) or was engaged in a continuing criminal enterprise, as defined in 21 U.S.C. § 848; or

   ☒ none of the statements above applies to my case.

10. **If the answer to Question 9 is "Yes,"** were you assessed criminal history points for being "under any criminal justice sentence, including probation, parole, supervised release, imprisonment, work release, or escape status" at the time of the offense (a.k.a. "status points") (U.S.S.G. § 4A1.1(d))?

    \_\_\_\_\_Yes   \_\_\_\_\_No   \_\_\_\_\_ Not Sure

11. **If the answer to Question 10 is "Yes,"** how many criminal history points were assessed in total, including the "status points"?

    _____ Criminal History Points

12. If you were sentenced on or after April 5, 2023, did the Court provide the benefit of the "status points" or "zero-point offenders" amended guidelines at your sentencing hearing prior to the effective date?

    _____ Yes   **X** No   _____ Not Sure

13. List any good conduct that occurred after your original sentencing hearing or any other mitigating circumstances that you would like the Court to be aware of in deciding whether you should receive a sentence reduction (for example, participating in a drug treatment program, or completing your GED or another degree).

    *Anger Management, Money Smart*
    *K2 Awareness, Healthy Aging Body*
    *HVAC Program.*
    *Im on The Waiting List For*
    *RDAP and The G.E.D.*

For the reasons stated in this motion, I move the court for a reduction in sentence under 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Federal Sentencing Guidelines. I declare under penalty of perjury that the facts stated in this motion are true and correct.

Respectfully submitted this _Fidel A. Martin Sosa_, 20_23_.

_____
Signature of Defendant

_Fidel A. Martin Sosa_
Printed Name

_58133-177_
BOP No.

_LA TUNA_
Federal Correctional Institution (if applicable)

_P.O. Box 3000_
Address

_Anthony NM, 88021_
City, State & Zip Code

Fidel A. Martin Sosa
#58133-177
Federal Correctional Institution
LA TUNA
P.O. BOX 3000
Anthony, NM 88021



⇔58133-177⇔
Forth Worth DIVISION
501w 10th Street Room310
FORT Worth, TX 76102
United States

RECEIVED
NOV 2 8 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

X-RAY

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7000 1670 0010 3521 1231

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $10.00 |

Sent To: Fort Worth DIVISION
Street, Apt. No.; or PO Box No.: 501 W. 10th Street Rm 310
City, State, ZIP+4: Fort Worth, TX 76102

PS Form 3800, May 2000