Martin-Sosa, Fidel, register#: 58133-177
Federal Correction Institution LA Tuna
P.O. Box 3000
Anthony, NM/TX 88021

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
         FILED
       MAY 28 2024
CLERK, U.S. DISTRICT COURT
By _____
            Deputy
```

Dated: April 24, 2024

The Warden
Warden S. Hijar
Federal Correction Institution LA Tuna

Re: <u>Sentence Reduction</u>

   I Martin-Sosa, Fidel come to you in hopes of a sentence reduction. On 12-31-2018, I committed 21:846  21:841(A)(1) and (B)(1)(B) conspiracy to possess with intent to distribute a controlled substance. My sentence imposed was 135 months.

   In hopes that the new policies are applicable to my sentence reduction. I am only asking for 12-15 months reduction, mainly because I think I might have a mandatory minimum, I am not sure. But I have my family waiting for me and I will live at their address. And their are two ex-employers that say that they would be more than glad to hire me because they know I am a good hard worker.

   Right now I am a compound trash orderly and I have not caused any prolems, I am only asking for some relief knowing that I still have some more time to do.

1

I regret my choices and the consequences from my actions I lost what having a family provides, joy and real living. I know what I did was wrong and has serious effects and havac to the community. I thought I would get back on my feet and then stop... I'll never know because here I am Federal Correction Institution LA Tuna.

Life has enough issues to deal with, and I burdened my family with what I did. I am not a lawyer, I only know that their are the amendments of 821, and 825, such as status points and zero point offenders.

I didn't kill anyone, sexually abuse or commit some type of hate crime, or even kidnap or unlawfully restrain someone. I am I am not a threat to the community and I never have been.

So I pray that in hopes of your descretion and mercy that you grant a sentence reduction.

Respectfully submiited.

Fidel Martin-Sosa

RIS Request
Martin-Sosa, Fidel Alain
Reg. No. 58133-177
FCI La Tuna

This is in response to your request for a Reduction in Sentence based on concerns about being considered under "Extraordinary or Compelling Circumstances."

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the Bureau of Prisons, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance.

The guidelines stipulated have not been met to request a Reduction in Sentence for being considered to have Extraordinary and Compelling Circumstance. An inmate's request for Compassionate Release/Reduction in Sentence under these circumstances should, at a minimum present the following guidelines: circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner.

As a result of our research into this matter, it has been determined your request does not meet any of the criteria listed in the Program Statement, as noted above. You did not provide the extraordinary or compelling circumstances that warrant consideration. Therefore, your request for Compassionate Release/Reduction in Sentence is denied.

Based on the information above, if you are not satisfied with this response, you may appeal this decision via, the administrative remedy process by submitting your concerns on the appropriate form (BP-9) within 30 days of the receipt of this response.

_____          5-10-24
S. Hijar, Warden                    Date



Fidel MARTIN SOSA
#58133-177
Federal Correctional Institution
LA TUNA
P.O. Box 3000
ANThony NM/TX
88021

⇨58133-177⇦
Forth Worth Division
501w 10th Street Room310
FORT Worth, TX 76102
United States

EL PASO TX 798
RIO GRANDE DISTRICT
21 MAY 2024 PM 2 L

RECEIVED
MAY 2 8 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS